**No. 10-7082. Louis David Johnson, Jr., Petitioner v. Dean Velmer, et al.**

562 U.S. 1129, 131 S. Ct. 916, 178 L. Ed. 2d 740, 2011 U.S. LEXIS 571.

January 10, 2011. Motion of petitioner for leave to proceed in forma pauperis

denied, and petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit dismissed. See Rule 39.8.